IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES MEBANE AND ANGELA WORSHAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GKN DRIVELINE NORTH AMERICA, INC.,<br><br>Defendant. | Case No.: 1:18-CV-892-LCB-LPA |

**DEFENDANT GKN DRIVELINE NORTH AMERICA, INC.'S
SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY**

Pursuant to Middle District of North Carolina Local Rule 7.3(i), Defendant GKN Driveline North America, Inc. ("GKN") respectfully submits the following decision which serves as supplemental authority in support of GKN's Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs (ECF 240): *Huber v. Simon's Agency, Inc.*, No. 19-1424, 2025 WL 1710045 (E.D. Pa. June 18, 2025) (attached as Exhibit 1).

Respectfully submitted,

*/s/ Kevin S. Joyner*

| | |
|---|---|
| KEVIN S. JOYNER<br>(NC BAR NO. 25605)<br>OGLETREE, DEAKINS, NASH, SMOAK &<br>  STEWART, P.C.<br>4208 Six Forks Road, Suite 1100<br>Raleigh, North Carolina 27609<br>Tel: 919.787.9700<br>Fax: 919.783.9412<br>Kevin.Joyner@ogletreedeakins.com | PAUL DECAMP<br>  Special Admission<br>EPSTEIN, BECKER & GREEN, P.C.<br>1227 25th Street, N.W., Suite 700<br>Washington, D.C. 20037<br>Tel: 202.861.1819<br>Fax: 202.861.3571<br>PDeCamp@ebglaw.com |


ADRIANA S. KOSOVYCH
  Special Admission
EPSTEIN BECKER & GREEN, P.C.
875 Third Avenue
New York, New York 10022
Tel: 212.351.4500
Fax: 212.878.8600
AKosovych@ebglaw.com

*Counsel for Defendant GKN Driveline North America, Inc.*

July 17, 2025