IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| JAMES MEBANE and ANGELA WORSHAM, | ) |  |
|---|---|---|
|  | ) |  |
| *Plaintiffs*, | ) |  |
|  | ) | CA No.: 1:18-CV-892-LCB-LPA |
| v. | ) |  |
|  | ) |  |
| GKN DRIVELINE NORTH AMERICA, INC., | ) |  |
|  | ) |  |
| *Defendant*. | ) |  |

## PLAINTIFFS' SUGGESTION OF SUBSEQUENTLY CONTROLLING DECIDED AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS [DKT. 233]

Plaintiffs, by and through their undersigned counsel, respectfully advise the Court of the following recent decision, which provides relevant guidance as to the propriety and factors in awarding attorneys' fees and costs in FLSA cases.

1. *De Parades v. Zen Nails Studio LLC*, 134 F.4th 750, 753 (4th Cir. 2025).

Respectfully submitted, this July 18, 2025.

/s/ *Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No: 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew S. Marlowe (NCSB No. 60035)
Briahna B. Koegel (NCSB No. 62491)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
215 S. Academy Street
Cary, NC 27511
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com
bkoegel@gildahernandezlaw.com
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025 a true and correct copy of the foregoing **PLAINTIFFS' SUGGESTION OF SUBSEQUENTLY CONTROLLING DECIDED AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS [DKT. 233]** was delivered via the CM/ECF system to the following:

Paul DeCamp
**EPSTEIN BECKER & GREEN, P.C.**
1227 25thSt., N.W., Suite 700
Washington, D.C. 20037
T: (202) 861-1819
F: (202) 296-2882
PDeCamp@ebglaw.com

Adriana S. Kosovych (Special Admission)
**EPSTEIN BECKER & GREEN, P.C.**
875 Third Avenue
New York, NY 10022
Tel: (212) 351-4500
Fax: (212) 878-8600
AKosovych@ebglaw.com

Amardeep K. Bharj (Special Admission)
James J. Oh (Special Admission)
**EPSTEIN BECKER & GREEN, P.C.**
227 W. Monroe St., Suite 2350
Chicago, Illinois 60606
Tel: (312) 499-1400
Fax: (312) 845-1998
ABharj@ebglaw.com
JOh@ebglaw.com

Kevin S. Joyner (NC Bar No. 25604)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Phone: 919-787-9700
Facsimile: 919-783-9412
Kevin.joyner@ogletree.com
*Attorneys for Defendant*

                                            */s/ Gilda Adriana Hernandez*
                                            Gilda A. Hernandez (NCSB No: 36812)

Hannah B. Simmons (NCSB No. 59579)
Matthew S. Marlowe (NCSB No. 60035)
Briahna B. Koegel (NCSB No. 62491)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
215 S. Academy Street
Cary, NC 27511
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com
bkoegel@gildahernandezlaw.com
*Attorneys for Plaintiffs*