IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES MEBANE and ANGELA WORSHAM,<br><br>*Plaintiffs*,<br><br>v.<br><br>GKN DRIVELINE NORTH AMERICA, INC.,<br><br>*Defendant*. | 1:18-cv-892 |

## JUDGMENT

For the reasons set out in an Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that the final Order resolves all outstanding claims between the Parties except attorney's fees and plaintiff's reservation of the right to appeal the Court's Decertification Order. (ECF No. 198). All other remaining claims between the parties are **Dismissed with Prejudice**.

**IT IS SO ORDERED.**

This, the 5th day of August 2025.

/s/ Loretta C. Biggs
Senior United States District Judge