FILED: June 2, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-2191
(1:18-cv-00892-CCE-LPA)

_____

JAMES MEBANE, on behalf of themselves and all others similarly situated

Plaintiff - Appellant

and

ANGELA WORSHAM, on behalf of themselves and all others similarly situated

Plaintiff

v.

GKN DRIVELINE NORTH AMERICA, INC.

Defendant - Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK