FILED: June 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2191
(1:18-cv-00892-CCE-LPA)

_____

JAMES MEBANE, on behalf of themselves and all others similarly situated

      Plaintiff - Appellant

and

ANGELA WORSHAM, on behalf of themselves and all others similarly situated

      Plaintiff

v.

GKN DRIVELINE NORTH AMERICA, INC.

      Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered June 2, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*